

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-18-00601-CV

**ONE THOUSAND FOUR HUNDRED THIRTY-SEVEN DOLLARS** ($1,437.00) in United States Currency and a 2016 Toyota Corolla VIN 2T1BURHE0GC627119,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-223
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on December 31, 2018. On the due date, Appellant filed a second motion for extension of time to file the brief until January 31, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on January 31, 2019. *See* TEX. R. APP. P. 38.6(d). Further motions for extension of time to file the brief are discouraged.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court